**Thomas GREEN, Plaintiff—Appellant,**

v.

**Timothy McNair GEORGE, Police Officer of the Latta Police Department; Bobby Lee Jones, Police Officer of the Latta Police Department, Defendants—Appellees.**

No. 09–1400.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 4, 2009.

Thomas Green, Appellant Pro Se. Douglas Charles Baxter, Richardson, Plowden & Robinson, PA, Myrtle Beach, South Carolina, Mason Abram Summers, Richardson, Plowden & Robinson, PA, Columbia, South Carolina, for Appellees.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Green appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendants' summary judgment motion and denying Green's motion for judgment as a matter of law in Green's 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. George,* No. 4:07–cv–01678–TLW, 2009 WL 578540 (D.S.C. Mar. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*